# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
KURTZ, FRANKLIN J                         §        Case No. 10-72823
KURTZ, COLETTE L                          §
                                          §
                                          §
                        Debtor(s)         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on
06/01/2010 . The undersigned trustee was appointed on  06/01/2010 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $        14,665.18

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 918.50 |
| Bank service fees | 41.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,500.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]              $        10,205.01

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/08/2011  and the deadline for filing governmental claims was  02/08/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,866.52 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,866.52 , for a total compensation of $ 1,866.52 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/11/2012 _____    By:/s/DANIEL M. DONAHUE _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1
Exhibit A

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:       10-72823     MLB     Judge: MANUEL BARBOSA
Case Name:   KURTZ, FRANKLIN J
                     KURTZ, COLETTE L
For Period Ending: 04/09/12

Trustee Name:                                  DANIEL M. DONAHUE
Date Filed (f) or Converted (c):         06/01/10 (f)
341(a) Meeting Date:                        07/22/10
Claims Bar Date:                              02/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhouse located at 215A Morrow St, Somonauk, IL. | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Acct #****7166 - Citizens First National | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings Acct #****8670 - Citizens First National B | 400.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking Acct #****2432 - Castle Bank, DeKalb, IL | 4.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc Household Goods, Furniture & Appliances | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc Used Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. $50,000 whole life insurance policy on Debtor. Lea | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Nicor Retirement Plan with Vanguard (Total Acct Ba | 25,747.00 | 0.00 | DA | 0.00 | FA |
| 9. 401K Plan w/ING, PO Box 99067, Hartford CT 06199-0 | 14,500.00 | 0.00 | DA | 0.00 | FA |
| 10. Employee Stock Ownership Plan w/R H Wine & Co., Inc | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 290,384 shares NICOR Gas Stock Interests Debtor's | 6,000.00 | 14,663.25 | | 14,663.25 | FA |
| 12. 2006 Pontiac G6 Sedan 4D - Leased through GMAC. | 5,900.00 | 0.00 | DA | 0.00 | FA |
| 13. 2004 Volkswagen Passat GL Sedan (60000 miles) Good | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 14. 2001 Oldsmobile Olero - Wife owns 1/2 interest wit | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.93 | FA |
| TOTALS (Excluding Unknown Values) | $225,851.00 | $14,663.25 | | $14,665.18 | |

Gross Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/12      Current Projected Date of Final Report (TFR): 06/01/12

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No. | 10-72823 -MLB |
| Case Name: | KURTZ, FRANKLIN J |
| | KURTZ, COLETTE L |
| Taxpayer ID No | ******1026 |
| For Period Ending: | 04/09/12 |

| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | ******3299 MONEY MARKET |

| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/10 | 11 | PRIME VEST FINANCIAL SERVICES 400 FIRST ST. SO. STE. 300 ST. CLOUD, MN 56301 | NICOR STOCK | 1129-000 | 14,663.25 | | 14,663.25 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 14,663.48 |
| 12/16/10 | 001000 | FRANKLIN AND COLLETE KURTZ 215A MORROW ST. SOMONAUK, IL 60522 | EXEMPTION IN NICOR STOCK | 8100-002 | | 3,500.00 | 11,163.48 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.35 | | 11,163.83 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,164.11 |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,164.20 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,164.29 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,164.38 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,164.48 |
| 06/16/11 | 001001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 9.55 | 11,154.93 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,155.02 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,155.11 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,155.21 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,155.30 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,155.39 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.21 | 11,141.18 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,141.27 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.74 | 11,127.53 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,127.62 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.72 | 11,113.90 |
| 01/19/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 11,113.96 |
| 01/19/12 | | Transfer to Acct #******3721 | Bank Funds Transfer | 9999-000 | | 11,113.96 | 0.00 |
| | | | Page Subtotals | | 14,665.18 | 14,665.18 | |

Ver: 16.06

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-72823 -MLB |
| Case Name: | KURTZ, FRANKLIN J |
| | KURTZ, COLETTE L |
| Taxpayer ID No: | ******1026 |
| For Period Ending: | 04/09/12 |

| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | ******3299 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 14,665.18 | 14,665.18 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 11,113.96 | |
| | | | Subtotal | | 14,665.18 | 3,551.22 | |
| | | | Less: Payments to Debtors | | | 3,500.00 | |
| | | | Net | | 14,665.18 | 51.22 | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver. 16.06

Page: 3

Exhibit B

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-7823 -MLB |
| Case Name: | KURTZ, FRANKLIN J |
| | KURTZ, COLETTE L |
| Taxpayer ID No | ******1026 |
| For Period Ending | 04/09/12 |

| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | ******3721 GENERAL CHECKING |

Blanket Bond (per case limit):  $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #******3299 | Bank Funds Transfer | 9999-000 | 11,113.96 | | 11,113.96 |
| 03/29/12 | 000100 | MICHAEL D. SMITH WIPFLI, LLP 4949 HARRISON AVE., STE. 300 POB 5407 ROCKFORD, IL 61125-0407 | Invoice 636948 | 3410-000 | | 908.95 | 10,205.01 |

|  | COLUMN TOTALS | 11,113.96 | 908.95 | 10,205.01 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 11,113.96 | 0.00 | |
|  | Subtotal | 0.00 | 908.95 | |
|  | Less: Payments to Debtors | 0.00 | 0.00 | |
|  | Net | 0.00 | 908.95 | |

| | NET DEPOSITS | NET DISBURSEMENTS |
|---|---|---|
| TOTAL - ALL ACCOUNTS | | |
| MONEY MARKET - ******3299 | 14,665.18 | 51.22 |
| GENERAL CHECKING - ******3721 | 0.00 | 908.95 |
| | 14,665.18 | 960.17 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) |

ACCOUNT BALANCE ($)

0.00
10,205.01
10,205.01

Total Funds On Hand

Page Subtotals   11,113.96   908.95

| | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|
| Page 1 | | | | ANALYSIS OF CLAIMS REGISTER | | Date: April 11, 2012 |

Case Number:   10-72823                                   Claim Type Sequence
Debtor Name:   KURTZ, FRANKLIN J

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $9.55 | $9.55 |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $2,858.50 | $2,858.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $179.25 | $179.25 |
| 000001 050 4210-00 | National Bank & Trust 230 W. State Street Sycamore, IL 60178 | Secured | | $0.00 | $9,863.18 | $9,863.18 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $3,324.20 | $3,324.20 |
| 000003 070 7100-00 | Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | Unsecured | | $0.00 | $1,785.91 | $1,785.91 |
| 000004 070 7100-00 | Elan Financial Services P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $0.00 | $2,719.90 | $2,719.90 |
| 000005 070 7100-00 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $2,516.47 | $2,516.47 |
| 000006 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $386.44 | $386.44 |
| 000007 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $1,585.20 | $1,585.20 |
| 000008 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $3,113.90 | $3,113.90 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: April 11, 2012 |
|---|---|---|---|---|---|---|

Case Number:    10-72823
Debtor Name:    KURTZ, FRANKLIN J

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $28,342.50 | $28,342.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72823
Case Name: KURTZ, FRANKLIN J
      KURTZ, COLETTE L
Trustee Name: DANIEL M. DONAHUE

      Balance on hand                            $        10,205.01

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,866.52 | $ 0.00 | $ 1,866.52 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,858.50 | $ 0.00 | $ 2,858.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 179.25 | $ 0.00 | $ 179.25 |

      Total to be paid for chapter 7 administrative expenses     $       4,904.27

      Remaining Balance                     $      5,300.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,432.02  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  34.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $       3,324.20 | $        0.00 | $       1,141.83 |
| 000003 | Cavalry Portfolio Services, LLC | $       1,785.91 | $        0.00 | $        613.44 |
| 000004 | Elan Financial Services | $       2,719.90 | $        0.00 | $        934.26 |
| 000005 | Capital Recovery III LLC | $       2,516.47 | $        0.00 | $        864.38 |
| 000006 | GE Money Bank | $        386.44 | $        0.00 | $        132.74 |
| 000007 | GE Money Bank | $       1,585.20 | $        0.00 | $        544.50 |
| 000008 | GE Money Bank | $       3,113.90 | $        0.00 | $       1,069.59 |

Total to be paid to timely general unsecured creditors       $              5,300.74

Remaining Balance       $                   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE