UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
   §
KURTZ, FRANKLIN J   §   Case No. 10-72823
KURTZ, COLETTE L   §
   §
   Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:   Clerk of The U S Bankruptcy Court
211 S. Court Street, Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/14/2012 in  Room 115

United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KURTZ, FRANKLIN J § Case No. 10-72823
KURTZ, COLETTE L §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,665.18 |
| and approved disbursements of | $ | 4,460.17 |
| leaving a balance on hand of[1] | $ | 10,205.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,866.52 | $ 0.00 | $ 1,866.52 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,858.50 | $ 0.00 | $ 2,858.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 179.25 | $ 0.00 | $ 179.25 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,904.27 |
| Remaining Balance | | $ | 5,300.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,432.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ 3,324.20 | $ 0.00 | $ 1,141.83 |
| 000003 | Cavalry Portfolio Services, LLC | $ 1,785.91 | $ 0.00 | $ 613.44 |
| 000004 | Elan Financial Services | $ 2,719.90 | $ 0.00 | $ 934.26 |
| 000005 | Capital Recovery III LLC | $ 2,516.47 | $ 0.00 | $ 864.38 |
| 000006 | GE Money Bank | $ 386.44 | $ 0.00 | $ 132.74 |
| 000007 | GE Money Bank | $ 1,585.20 | $ 0.00 | $ 544.50 |
| 000008 | GE Money Bank | $ 3,113.90 | $ 0.00 | $ 1,069.59 |

Total to be paid to timely general unsecured creditors      $      5,300.74

Remaining Balance       $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                        Case No. 10-72823-MB
Franklin J Kurtz                                              Chapter 7
Colette L Kurtz
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez                Page 1 of 3          Date Rcvd: Apr 16, 2012
                              Form ID: pdf006              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2012.
db/jdb        +Franklin J Kurtz,    Colette L Kurtz,    215A Morrow St,    Somonauk, IL 60552-9401
15660696      +Arrow Financial Service,     5996 W. Touhy Ave.,    Niles, IL 60714-4610
15660698       Beneficial,    P.O. Box 5233,    Carol Stream, IL 60197-5233
15660697      +Beneficial,    Attn: Customer Service,    1142 Columbus Square,    Ottawa, IL 61350-2107
15660699       Beneficial,    P.O. Box 14574,    Baltimore, MD 21297-1574
15660700      +Beneficial Finance,    Attn: Customer Service,    1142 Columbus Square,    Ottawa, IL 61350-2107
15660701      #+Beneficial/HFC,    Attn Bankruptcy Dept,    PO Box 3425,    Buffalo, NY 14240-3425
15660702     ++++CALVARY PORTFOLIO SERVICES LLC,    PO BOX 1017,    7 SKYLINE DR STE 350,    HAWTHORNE NY 10532-2162
               (address filed with court: Calvary Portfolio Services LLC,      PO Box 1017,    7 Skyline Dr Ste 3,
                 Hawthorne, NY 10532)
15660703      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,     P.O. Box 85520,    Richmond, VA 23285)
15660704       Capital One Bank NA,    PO Box 6492,    Carol Stream, IL 60197-6492
16693080      +Cavalry Portfolio Services, LLC,     500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
15660705       Chase,   Attn Bankruptcy Dept,    PO Box 15298,    Wilmington, DE 19886-5298
16450816       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15660706       Citizens First National Bank,     Card Member Service,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408
15660707      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Payment Processing Center,     P.O. Box 6403,
                 Carol Stream, IL 60197-6403)
15660708       Dreyer Medical Clinic,    C/O Illinois Collection Service Inc,     P. O. Box 1010,
                 Tinley Park, IL 60477-9110
15660709       Dreyer Medical Group, Ltd,    PO Box 2091,    Aurora, IL 60507-2091
15660710      +Elan Financial Services,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
15660711      +GE Money Bank/Select Comfort,     C/O Allied Interstate,    3000 Corporate Exchange Dr,
                 Columbus, OH 43231-7689
15660718      +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
15660719       HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
15660720      +HSBC NV,    PO Box 5253,    Carol Stream, IL 60197-5253
15660723      +Krista Carls, PC,    40 E Church St,    Sandwich, IL 60548-2102
15660727      +Midland Funding LLC,    c/o Blitt and Gaines, PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
15660728      +National Bank & Trust,    230 W. State Street,    Sycamore, IL 60178-1489
15660729      +Northland Group Inc,    P.O. Box 390846,    Edina, MN 55439-0846
15660730       Protocol Recovery Service Inc,     509 Mercer Ave,    Panama City, FL 32401-2631
16698457      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,     P.O. Box 5229,    Cincinnati, OH 45201)
15660732       Webbank/DFS,    12234 NIH 35 SB Bldg B,    Austin, TX 75753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16704640       E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2012 03:13:19      Capital Recovery III LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,     Miami FL 33131-1605
16751662       E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2012 04:03:34      GE Money Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15660712       E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 04:02:30      GEMB/Lowes,    Bankruptcy Dept,
                 PO Box 103065,    Roswell, GA 30076-3065
15660714      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 02:59:20      GEMB/Select Comfort,
                 PO Box 981439,    El Paso, TX 79998-1439
15660713       E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 03:22:36      GEMB/Select Comfort,
                 P.O. Box 960001,    Orlando, FL 32896-0061
15660715      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 04:16:19      GEMB/Walmart,    P.O. Box 981400,
                 El Paso, TX 79998-1400
15660716       E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2012 01:34:43      GMAC,    PO Box 9001951,
                 Louisville, KY 40290-1951
15660717      +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2012 01:34:43      GMAC,    15303 S. 94th Ave.,
                 Orland Park, IL 60462-3825
15660722      +E-mail/Text: ebnsterling@weltman.com Apr 17 2012 01:16:25      Kay Jewelers,    375 Ghent Rd,
                 Akron, OH 44333-4600
15660721       E-mail/Text: ebnsterling@weltman.com Apr 17 2012 01:16:25      Kay Jewelers,    PO Box 740425,
                 Cincinnati, OH 45274-0425
15660725      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 17 2012 01:15:26       LVNV Funding LLC,
                 PO Box 740281,    Houston, TX 77274-0281
15660724       E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 03:37:03      Lowe/GEMB,    PO Box 530914,
                 Atlanta, GA 30353-0914
15660726      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2012 01:16:47      Midland Credit Management,
                 PO Box 939019,    8875 Aero Dr,    San Diego, CA 92123-2255
15660731       E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 03:35:48      Walmart,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0752-3          User: cshabez           Page 2 of 3            Date Rcvd: Apr 16, 2012
                              Form ID: pdf006         Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3                  Date Rcvd: Apr 16, 2012
                              Form ID: pdf006            Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2012 at the address(es) listed below:
              Daniel   Donahue    ddonahue@mjwpc.com,   ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Richard G Larsen    on behalf of Debtor Franklin Kurtz rglarsen@mrmlaw.com
                                                                                            TOTAL: 4