# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
KURTZ, FRANKLIN J                               §        Case No. 10-72823
KURTZ, COLETTE L                                §
                                                §
_____Debtor(s)_____        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| | |
| Total Distributions to Claimants: | Claims Discharged |
| | Without Payment: |
| | |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                     . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FRANKLIN AND COLLETE KURTZ |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Beneficial Attn: Customer Service 1142 Columbus Square Ottawa, IL 61350 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial Finance Attn: Customer Service 1142 Columbus Square Ottawa, IL 61350 | | | | | |
| | GMAC PO Box 9001951 Louisville, KY 40290-1951 | | | | | |
| 000001 | NATIONAL BANK & TRUST | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL D. SMITH | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrow Financial Service 5996 W. Touhy Ave. Niles, IL 60714 | | | | | |
| | Citizens First National Bank Card Member Service P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Dell Financial Services Payment Processing Center P.O. Box 6403 Carol Stream, IL 60197-6403 | | | | | |
| | Dreyer Medical Group, Ltd PO Box 2091 Aurora, IL 60507-2091 | | | | | |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Card Services PO Box 17051 Baltimore, MD 21297-1051 | | | | | |
| | HSBC NV PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | Kay Jewelers PO Box 740425 Cincinnati, OH 45274-0425 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Krista Carls, PC 40 E Church St Sandwich, IL 60548 | | | | | |
| | LVNV Funding LLC PO Box 740281 Houston, TX 77274 | | | | | |
| | Lowe/GEMB PO Box 530914 Atlanta, GA 30353-0914 | | | | | |
| | Midland Funding LLC c/o Blitt and Gaines, PC 661 Glenn Ave Wheeling, IL 60090 | | | | | |
| | Northland Group Inc P.O. Box 390846 Edina, MN 55439 | | | | | |
| | Northland Group Inc P.O. Box 390846 Edina, MN 55439 | | | | | |
| | Protocol Recovery Service Inc 509 Mercer Ave Panama City, FL 32401-2631 | | | | | |
| | Walmart P.O. Box 530927 Atlanta, GA 30353-0927 | | | | | |
| | Webbank/DFS 12234 NIH 35 SB Bldg B Austin, TX 75753 | | | | | |
| 000005 | CAPITAL RECOVERY III LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000004 | ELAN FINANCIAL SERVICES | | | | | |
| 000006 | GE MONEY BANK | | | | | |
| 000007 | GE MONEY BANK | | | | | |
| 000008 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| | |
|---|---|
| Case No:  10-72823   MLB   Judge: MANUEL BARBOSA | Trustee Name:   DANIEL M. DONAHUE |
| Case Name:   KURTZ, FRANKLIN J | Date Filed (f) or Converted (c):   06/01/10 (f) |
| KURTZ, COLETTE L | 341(a) Meeting Date:   07/22/10 |
| For Period Ending: 06/08/12 | Claims Bar Date:   02/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhouse located at 215A Morrow St, Somonauk, IL. | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Acct #****7166 - Citizens First National | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings Acct #****8670 - Citizens First National B | 400.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking Acct #****2432 - Castle Bank, DeKalb, IL | 4.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc Household Goods, Furniture & Appliances | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc Used Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. $50,000 whole life insurance policy on Debtor. Loa | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Nicor Retirement Plan with Vanguard (Total Acct Ba | 25,747.00 | 0.00 | DA | 0.00 | FA |
| 9. 401K Plan w/ING, PO Box 99067, Hartford CT 06199-0 | 14,500.00 | 0.00 | DA | 0.00 | FA |
| 10. Employee Stock Ownership Plan w/R H Wine & Co, Inc | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 290.384 shares NICOR Gas Stock Interests Debtor's | 6,000.00 | 14,663.25 | | 14,663.25 | FA |
| 12. 2006 Pontiac G6 Sedan 4D - Leased through GMAC. | 5,900.00 | 0.00 | DA | 0.00 | FA |
| 13. 2004 Volkswagen Passat GL Sedan (60000 miles) Good | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 14. 2001 Oldsmobile Olero - Wife owns 1/2 interest wit | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.93 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $225,851.00   $14,663.25   $14,665.18   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/12      Current Projected Date of Final Report (TFR): 06/01/12

LFORM1

Ver: 16.06b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Page: 1

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-72823 -MLB |
| Case Name: | KURTZ, FRANKLIN J |
| | KURTZ, COLETTE L |
| Taxpayer ID No: | *******1026 |
| For Period Ending: | 06/08/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******3299  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/10 | 11 | PRIME VEST FINANCIAL SERVICES 400 FIRST ST. SO., STE. 300 ST. CLOUID, MN  56301 | NICOR STOCK | 1129-000 | 14,663.25 | | 14,663.25 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 14,663.48 |
| 12/16/10 | 001000 | FRANKLIN AND COLLETE KURTZ 215A MORROW ST. SOMONAUK, IL  60522 | EXEMPTION IN NICOR STOCK | 8100-002 | | 3,500.00 | 11,163.48 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 11,163.83 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,164.11 |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,164.20 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,164.29 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,164.38 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,164.48 |
| 06/16/11 | 001001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 9.55 | 11,154.93 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,155.02 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,155.11 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,155.21 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,155.30 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,155.39 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.21 | 11,141.18 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,141.27 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.74 | 11,127.53 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,127.62 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.72 | 11,113.90 |
| 01/19/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 11,113.96 |
| 01/19/12 | | Transfer to Acct #*******3721 | Bank Funds Transfer | 9999-000 | | 11,113.96 | 0.00 |

Page Subtotals    14,665.18    14,665.18

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-72823 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | KURTZ, FRANKLIN J | Bank Name: | Bank of America, NA |
| | KURTZ, COLETTE L | Account Number / CD #: | *******3299  MONEY MARKET |
| Taxpayer ID No: | *******1026 | | |
| For Period Ending: | 06/08/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,665.18 | 14,665.18 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 11,113.96 | |
| | | | Subtotal | | 14,665.18 | 3,551.22 | |
| | | | Less:  Payments to Debtors | | | 3,500.00 | |
| | | | Net | | 14,665.18 | 51.22 | |

| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   3

Exhibit 9

| Case No: | 10-72823  -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | KURTZ, FRANKLIN J | Bank Name: | CONGRESSIONAL BANK |
| | KURTZ, COLETTE L | Account Number / CD #: | *******3721  GENERAL CHECKING |
| Taxpayer ID No: | *******1026 | | |
| For Period Ending: | 06/08/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3299 | Bank Funds Transfer | 9999-000 | 11,113.96 | | 11,113.96 |
| 03/29/12 | 000100 | MICHAEL D. SMITH WIPFLI, LLP 4949 HARRISON AVE., STE. 300 POB 5407 ROCKFORD, IL  61125-0407 | Invoice 636948 | 3410-000 | | 908.95 | 10,205.01 |
| 05/15/12 | 000101 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Expense | 2100-000 | | 1,866.52 | 8,338.49 |
| 05/15/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,858.50 | 5,479.99 |
| 05/15/12 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 179.25 | 5,300.74 |
| 05/15/12 | 000104 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 34.3% | 7100-000 | | 1,141.83 | 4,158.91 |
| 05/15/12 | 000105 | Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | Claim 000003, Payment 34.3% | 7100-000 | | 613.44 | 3,545.47 |
| 05/15/12 | 000106 | Elan Financial Services P.O. Box 5229 Cincinnati, OH 45201 | Claim 000004, Payment 34.3% | 7100-000 | | 934.26 | 2,611.21 |
| 05/15/12 | 000107 | Capital Recovery III LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000005, Payment 34.3% | 7100-000 | | 864.38 | 1,746.83 |
| 05/15/12 | 000108 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000006, Payment 34.3% | 7100-000 | | 132.74 | 1,614.09 |
| 05/15/12 | 000109 | GE Money Bank | Claim 000007, Payment 34.3% | 7100-000 | | 544.50 | 1,069.59 |

Page Subtotals     11,113.96     10,044.37

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-72823  -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | KURTZ, FRANKLIN J | Bank Name: | CONGRESSIONAL BANK |
|  | KURTZ, COLETTE L | Account Number / CD #: | *******3721  GENERAL CHECKING |
| Taxpayer ID No: | *******1026 |  |  |
| For Period Ending: | 06/08/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/15/12 | 000110 | c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000008, Payment 34.3% | 7100-000 |  | 1,069.59 | 0.00 |

|  |  | COLUMN TOTALS | 11,113.96 | 11,113.96 | 0.00 |
|  | Less:  Bank Transfers/CD's | 11,113.96 | 0.00 |  |
| Subtotal |  | 0.00 | 11,113.96 |  |
|  | Less:  Payments to Debtors |  | 0.00 |  |
| Net |  | 0.00 | 11,113.96 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| MONEY MARKET - ********3299 | 14,665.18 | 51.22 | 0.00 |
| GENERAL CHECKING - ********3721 | 0.00 | 11,113.96 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 14,665.18 | 11,165.18 | 0.00 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          1,069.59

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*